IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE ROTHROCK | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 2:18-cv-1687-MMB |
| THE GUARDIAN LIFE | ) | |
| INSURANCE COMPANY OF AMERICA | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Denise Rothrock and Defendant The Guardian Life Insurance Company of America hereby stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear their own costs and attorneys' fees in this matter.

Respectfully submitted, this 20th day of June, 2018.

| | |
|---|---|
| */s/ Mary LeMieux-Fillery* | */s/ Steven Maniloff* |
| Mary LeMieux-Fillery | Steven Maniloff |
| MARTIN LAW LLC | MONTGOMERY, MCCRACKEN, |
| 1818 Market Street | WALKER, & RHOADS, LLP |
| 35th Floor | 1735 Market Street |
| Philadelphia, PA 19103 | 21st Floor |
| Tel: (215) 587-8400 | Philadelphia, PA 19103 |
| Fax: (267) 765-2033 | Tel: (215) 722-7512 |
| mlemieux-fillery@paworkinjury.com | Fax: (215) 772-7620 |
| **Attorney for Plaintiff** | smaniloff@mmwr.com |
| | **Attorney for Defendant** |